■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES F. MINNEY, Appellant.—Judgment reversed, on the law and facts, and a new trial granted. All concur; same memoranda as in *People v Craft* (67 AD2d 1097). (Appeal from judgment of Erie County Court—manslaughter and murder.) Present—Cardamone, J. P., Hancock, Jr., Callahan, Doerr and Moule, JJ.